Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California
Health And Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>USAL PAINTING, LLC, a Suspended California limited liability company; and ALEXANDER ERNESTO NAVARRO, an individual and also dba ALEXANDER ERNESTO NAVARRO,<br><br>Defendants. | Case No. 4:19-cv-05071 HSG<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  November 19, 2019<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>      1301 Clay Street<br>      Oakland, CA 94612<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for November 19, 2019, be continued for approximately thirty (30) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on August 16, 2019 (Dkt. #1). Defendants were personally served on September 19, 2019, and a Proof of Service of Summons was filed with the Court on September 23, 2019 (Dkt. #11).

2. After filing the Complaint, Defendants contacted Plaintiffs and advised they were interested in resolving the matter informally. Defendants submitted the missing fringe benefit

1

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. 4:19-cv-05071 HSG**

P:\CLIENTS\PATCL\Usal Painting\Pleadings\Word Versions + Fillable PDFs\Request to Continue CMC.docx

contribution reports. The Parties have reached an agreement where Defendants will enter into a payment plan with Plaintiffs in the form of a Stipulated Judgment. The Stipulated Judgment has been sent to Defendants and is pending signature. Defendants have stated that the executed Stipulated Judgment will be provided to Plaintiffs on November 8, 2019.

3. Based on the foregoing, and as Defendants have not yet filed an appearance and the parties are attempting to resolve this matter without the need for further litigation, there are no issues that need to be addressed by this Court at the upcoming Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for thirty (30) days to allow for the Parties to execute and file the Stipulated Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: November 8, 2019          SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Luz E. Mendoza
Attorneys for District Council 16 Northern California Health And Welfare Trust Fund, et al.

T IS SO ORDERED.

The currently set Case Management Conference is hereby continued to ___December 17, 2019___ at ___2:00 p.m.___, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: 11/12/2019

_____
UNITED STATES DISTRICT JUDGE