Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No.: 19-cv-05071 HSG |
| Plaintiffs, | **FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION; ORDER THEREON** |
| v. | |
| USAL PAINTING, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto that a First Amended Stipulated Judgment[1] shall be entered in the within action in favor of Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. ("Plaintiffs" or "Trust Funds") and against Defendant Usal Painting, LLC, a Suspended California limited liability company, and Defendant Alexander Ernesto Navarro, an individual and also dba Alexander Ernesto Navarro, (hereinafter collectively referred to as "Defendants"). The Parties have agreed to amend the initial Judgment Pursuant to Stipulation to update the Original Stipulation, include additional amounts owed to Plaintiffs, and credit Defendants for amounts that are no longer due. This document shall, upon

---

[1] Amending the Stipulated Judgment between the parties entered on November 15, 2019 (Dkt. #17).

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

P:\CLIENTS\PATCL\Usal Painting\Pleadings\Stipulation\First Amended Stipulation\Amended Judgment Pursuant to Stipulation 081920.docx

execution by all parties, supersede the previous Stipulation, and become the operative document between the parties as follows:

    1.    Defendants are signatory to and bound by the terms of a Collective Bargaining Agreement(s) ("Bargaining Agreement") with the Plaintiff Union ("Union"). The Bargaining Agreement is still in full force and effect.

    2.    Defendant Alexander Ernesto Navarro confirms that he is authorized to enter into this Stipulation on behalf of himself individually and dba Alexander Ernesto Navarro and on behalf of Usal Painting, LLC (Collectively "Defendants").

    3.    Defendant Alexander Ernesto Navarro ("Guarantor") also confirms that he is personally guaranteeing the amounts due herein. Defendants specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which any Defendant joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Defendant/Guarantor Alexander Ernesto Navarro is an officer, owner or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase.

///

///

///

///

///

///

///

///

///

///

2

4.      Defendants are currently indebted to the Trust Funds as follows:

| Work Month | Unpaid Contributions | 20% Liquidated Damages | 5% Interest (through 8/19/20 or date of payment) | Subtotals |
|---|---|---|---|---|
| May 2018 | $0.00 | $150.00 | $16.11 | $166.11 |
| June 2018 | $0.00 | $510.45 | $172.94 | $683.39 |
| July 2018 | $0.00 | $313.91 | $110.25 | $424.16 |
| August 2018 | $0.00 | $387.44 | $143.16 | $530.60 |
| September 2018 | $212.75 | $192.30 | $76.79 | $482.61 |
| **Subtotals:** | **$212.75** | **$1,554.10** | **$520.02** | **$2,286.87** |
| | | Attorneys' Fees (1/10/19 through 7/31/20): | | $6,509.50 |
| | | Costs (1/10/19 through 7/31/20): | | $788.53 |
| | | **Subtotal (Attorney's Fees and Costs):** | | **$7,298.03** |
| | | Credit (Check No. 1586) [2]: | | ($1,000.00) |
| | | **TOTAL JUDGMENT:** | | **$8,584.90** |

### REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION

5.      **Notice requirements** pursuant to the terms of this Stipulation are as follows:

   a)      Notices to Defendants: Alexander Ernesto Navarro, 197 Precita Ave, San Francisco, CA 94110; email: alxnavarro11@gmail.com.

   b)      Notices to Plaintiffs: Michele R. Stafford, Saltzman & Johnson Law Corporation, 1141 Harbor Bay Parkway, Suite 100, Alameda, CA 94502; email: mstafford@sjlawcorp.com , copy to compliance@sjlawcorp.com.

6.      The requirements pursuant to the terms of this Stipulation are as follows:

   a)      **Monthly Payments**: Defendants shall conditionally pay the amount of $7,030.80, representing all of the above amounts, less liquidated damages in the amount of $1,554.10.

      i)      Payments in the amount of **$605.00 per month** shall begin on September 15, 2020, and continue on or before the 15th (fifteenth) day of each month thereafter **for a period of twelve (12) months**. Plaintiffs may require that Defendants pay electronically by ACH/wire transfer, or by cashier's check.

      //

---

[2] Defendant recently submitted Check No. 1586, which will be applied to September 2018 contributions, interest incurred for the months of May 2018 through September 2018, and partial attorneys' fees upon bank clearance of that check. Should this check not clear the bank, the $1,000.00 will be added back to the Stipulated Judgment and will remain due.

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

P:\CLIENTS\PATCL\Usal Painting\Pleadings\Stipulation\First Amended Stipulation\Amended Judgment Pursuant to Stipulation 081920.docx

ii)      Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

iii)     Payments shall be applied first to interest, at the rate of 5% per annum in accordance with the Bargaining Agreement(s) and Trust Agreements. Interest shall begin to accrue on August 20, 2020.

b)      **Contributions**: Beginning with contributions due for hours worked by Defendants' employees during the month of July 2020, and for every month thereafter until this Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s). Defendants are required to enroll in iRemit, the online platform for reporting and payment of contributions to the Plaintiff Trust Funds and to submit all monthly contribution reports and payments electronically through iRemit. Defendants are to contact DC16iremit@hsba.com to set up online reporting and payment.

c)      **Job Report:** Beginning with the month of August 2020, and for every month thereafter, Defendants shall fully disclose all jobs on which they are working by providing Plaintiffs with fully completed job reports on the form attached hereto as *Exhibit A*. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

d)      **Audit:** Should the Trust Funds request an audit of Defendants' payroll records pursuant to the requirements of the Bargaining Agreement(s) and/or Trust Agreements, Defendants must contact the auditor within seven days of receiving notice, and must schedule the audit.

i)      In the event that amounts are found due to Plaintiffs as a result of the audit, Plaintiffs shall send a copy of the audit report and written demand for payment to Defendants. In the event that the audit findings are not contested, payment in full shall be delivered to Michele R. Stafford at the address provided above.

ii)      In the event that Defendants dispute the audit findings, Defendants must provide the dispute in writing, with all supporting documentation, within ten days of the date of the demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due.

4

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

iii)     If Defendants are unable to make payment in full, Defendants may submit a request to add the amounts found due to this First Amended Stipulation. If the Stipulation is so revised, Defendants shall execute the Amended Judgment or Amendment to Judgment within ten days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

iv)     Failure by Defendants to submit either payment in full or a request to add the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment.

e)     **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs.

7.     In summary, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this First Amended Stipulation has been fully satisfied:

| <u>Required Submissions</u> | <u>Delivery deadlines</u>[3] | <u>Delivery locations</u> |
|---|---|---|
| **Stipulated payments in the amount of $605.00** payable to *District Council 16 Northern California Trust Funds* | 15th day of each month (9/15/20-8/15/21) | Michele R. Stafford Saltzman & Johnson Law Corp. 1141 Harbor Bay Parkway, #100 Alameda, CA 94502 |
| **Current contribution reports and payments** payable to *District Council 16 Northern California Trust Funds* | 15th day of each month (beginning 9/15/20, for 8/20 hours) | Electronically via iRemit  Plus copies to: compliance@sjlawcorp.com (subject: "Usal Painting"); |
| **Completed job reports** (form attached as Exhibit A to Stipulation)  **and Certified Payroll** (if requested) | 15th day of each month (beginning 9/15/20, for 8/20 hours) | compliance@sjlawcorp.com (subject: "Usal Painting") or Michele R. Stafford Saltzman & Johnson Law Corp. 1141 Harbor Bay Parkway, #100 Alameda, CA 94502 |

8.     Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, or failing to endorse a joint check provided for the payment of amounts due under the terms of this Stipulation including current contributions, shall constitute a default of the obligations

---

[3] If the Stipulation has not been fully satisfied 8/15/21, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

1  under this Stipulation.

2  **DEFAULTS UNDER THE TERMS OF THIS STIPULATION**

3  9.  If default occurs, Plaintiffs shall make a written demand to Defendants to cure said

4  default *within seven (7) days of the date of the notice from Plaintiffs*. In the event default is not cured

5  within the required time frame, all amounts remaining due hereunder (after application of principal

6  payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include

7  any conditionally waived liquidated damages, and additional attorney's fees and costs incurred herein.

8  10.  Any unpaid or late-paid contributions, together with 20% liquidated damages and 5% per

9  annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any

10  contributions and related amounts not included herein. This includes, but is not limited to, any amounts

11  due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to

12  submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy.

13  Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts

14  determined as due.

15  11.  A Writ of Execution may be obtained without further notice, in the amount of the unpaid

16  balance plus any additional amounts due under the terms herein. Such Writ of Execution may be

17  obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the

18  balance due as of the date of default.

19  **MISCELLANEOUS PROVISIONS**

20  12.  The above requirements remain in full force and effect regardless of whether or not

21  Defendants have ongoing work, whether Defendants' account with the Trust Funds is active, or whether

22  Defendants are signatory to a Collective Bargaining Agreement with the Union. If, for any reason,

23  Defendants have no work to report during a given month, Defendants shall submit the job report form

24  (Exhibit A attached hereto) indicating that there are no current jobs. If Defendants have no contributions

25  to report, Defendants shall submit the applicable contribution report stating "no employees."

26  13.  Payments made by joint check shall be endorsed on behalf of Defendants prior to

27  submission, and may be applied toward Defendants' monthly stipulated payment, provided that the

28  issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a

6

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

1   release is requested may not be applied toward Defendants' monthly stipulated payment, but shall be

2   deducted from the total balance owed under this Stipulation, provided the payment is for contributions

3   included in this Stipulation.

4   14.   Prior to the last payment pursuant to this First Amended Stipulation, Plaintiffs shall

5   advise Defendants as to the final amount due, including additional interest, any current contributions and

6   related amounts, and all additional attorneys' fees and costs incurred by Plaintiffs, whether or not

7   Defendants default herein. Any additional amounts due shall be paid in full with the final stipulated

8   payment due on August 15, 2021.

9   15.   The conditional waiver of liquidated damages shall be presented to the Board of Trustees

10   for consideration only after all amounts due under the terms of this First Amended Stipulation are paid

11   in full, and Defendants' account is otherwise current. If the waiver is granted, a Satisfaction of Judgment

12   will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the

13   liquidated damages will be immediately due. The waiver may be granted with further conditions, such as

14   paying timely and remaining current for an additional period of time.

15   16.   Defendants waive any notice of Entry of Judgment or of any Request for a Writ of

16   Execution, and expressly waive all rights to stay of execution and appeal.

17   17.   Any failure on the part of Plaintiffs to take any action as provided herein in the event of

18   any breach of the provisions of this First Amended Stipulation shall not be deemed a waiver of any

19   subsequent breach.

20   18.   The parties agree that any payments made pursuant to the terms of this First Amended

21   Judgment shall be deemed to have been made in the ordinary course of business as provided under 11

22   U.S.C. Section 547(c)(2) and shall not be claimed by Defendants as a preference under 11 U.S.C.

23   Section 547 or otherwise.

24   19.   Should any provisions of this First Amended Stipulation be declared or determined by

25   any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and

26   enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal,

27   unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

28   //

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

20.     This First Amended Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations.

21.     This First Amended Stipulation contains all of the terms agreed to by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

22.     This First Amended Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

23.     Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this First Amended Stipulation under the terms and conditions set forth herein, that they have read this First Amended Stipulation with care and are fully aware of and represent that they enter into this First Amended Stipulation voluntarily and without duress.

///

///

///

///

///

///

///

///

///

///

8

24.     The parties agree that the Court shall retain jurisdiction of this matter until this First Amended Stipulated Judgment is satisfied.

DATED: November 4, 2020                                   **USAL PAINTING, LLC.**

By: _____/S/_____
Alexander Ernesto Navarro

DATED: November 4, 2020                                   **ALEXANDER ERNESTO NAVARRO**

By: _____/S/_____
Alexander Ernesto Navarro, individual Defendant and Guarantor, also dba Alexander Ernesto Navarro

DATED: November 10, 2020                                  **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

By: _____/S/_____
Robert Williams
Trustee of Plaintiff Trust Funds

DATED: November 10, 2020                                  **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

By: _____/S/_____
Jeannie Simpelo
Trustee of Plaintiff Trust Funds

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: November ___, 2020

_____
UNITED STATES DISTRICT JUDGE

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

P:\CLIENTS\PATCL\Usal Painting\Pleadings\Stipulation\First Amended Stipulation\Amended Judgment Pursuant to Stipulation 081920.docx

**Exhibit A: JOB REPORT FORM**
**Completed Forms Due by the last business day of each month**
by email to compliance@sjlawcorp.com (subject line: *Usal Painting*), or
delivered to Saltzman & Johnson, 1141 Harbor Bay Parkway, Ste. 100, Alameda, CA 94502

**Employer: Usal Painting, LLC**
**Report for the month of _____, 20__  Submitted by: _____**

| Project Name: | | Public or Private? (Circle one) |
|---|---|---|
| Project Address: | | |
| General Contractor: | | |
| General Contractor Address: | | |
| General Contractor Phone #: | Project Manager Name: | |
| Project Manager Phone #: | Project Manager email address: | |
| Contract #: | Contract Date: | |
| Total Contract Value: | | |
| Work Start Date: | Work Completion Date: | |
| Project Bond #: | Surety: | |

| Project Name: | | Public or Private? (Circle one) |
|---|---|---|
| Project Address: | | |
| General Contractor: | | |
| General Contractor Address: | | |
| General Contractor Phone #: | Project Manager Name: | |
| Project Manager Phone #: | Project Manager email address: | |
| Contract #: | Contract Date: | |
| Total Contract Value: | | |
| Work Start Date: | Work Completion Date: | |
| Project Bond #: | Surety: | |

***\*\*\*Attach additional sheets as necessary\*\****

10

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

1    24.    The parties agree that the Court shall retain jurisdiction of this matter until this First

2  Amended Stipulated Judgment is satisfied.

3      DATED: August , 2020                      **USAL PAINTING, LLC.**

4

5                                          By: _____

6                                              Alexander Ernesto Navarro

       DATED: August , 2020                      ~~ALEXANDER ERNESTO NAVARRO~~

7

8                                          By: _____

9                                              Alexander Ernesto Navarro, individual Defendant
                                              and Guarantor. also dba Alexander Ernesto
10                                             Navarro

11

12     DATED: August , 2020                      ~~DISTRICT COUNCIL 16 NORTHERN~~
                                              **CALIFORNIA HEALTH AND WELFARE**
13                                             **TRUST FUND, et al.**

14

                                          By: _____
15                                             Robert Williams
16                                             Trustee of Plaintiff Trust Funds

17
       DATED: August , 2020                      **DISTRICT COUNCIL 16 NORTHERN**
18                                             ~~CALIFORNIA HEALTH AND WELFARE~~
                                              **TRUST FUND, et al.**
19

20
                                          By: _____
21                                             Jeannie Simpelo
22                                             Trustee of Plaintiff Trust Funds

    **IT IS SO ORDERED.**
23      IT IS FURTHER ORDERED that the calendar in this matter is vacated. and that the Court shall
24  retain jurisdiction over this matter.

25

26  DATED: August ___, 2020

27                                             UNITED STATES DISTRICT JUDGE

28

1      24.    The parties agree that the Court shall retain jurisdiction of this matter until this First

2 Amended Stipulated Judgment is satisfied.

3                                 **USAL PAINTING, LLC.**

DATED: November , 2020

4

5                           By: _____

                                Alexander Ernesto Navarro

6 DATED: November, 2020       **ALEXANDER ERNESTO NAVARRO**

7

8                           By: _____

9                                   Alexander Ernesto Navarro, individual Defendant and Guarantor, also dba Alexander Ernesto

10                                 Navarro

11

12 DATED: November 10, 2020     **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

13

14

15                           By: _____

                                Robert Williams

16                                   Trustee of Plaintiff Trust Funds

17

18 DATED: November 10, 2020     **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.**

19

20                           By: _____

21                                   Jeannie Simpelo

                                Trustee of Plaintiff Trust Funds

22 IT IS SO ORDERED.

23      IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall

24 retain jurisdiction over this matter.

25

26 DATED: November 12, 2020

27 _____

UNITED STATES DISTRICT JUDGE

28

9

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No. 19-cv-05071 HSG**

P:\CLIENTS\PATCL\Usal Painting\Pleadings\Stipulation\First Amended Stipulation\Amended Judgment Pursuant to Stipulation 081920.docx